UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARON DEPAUL GIPSON, | ) | Case No. CV 03-06242 VAP(JC) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| RICHARD KIRKLAND, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 25, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE